USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/17/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID SPRALLING,

                    Defendant.

20 Cr. 490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the Court will hold an initial appearance in this action on **October 1, 2020**, at **10:00 a.m.**, using the Court's videoconferencing software.  Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933-2166 at the time of the hearing, and entering access code 234316486.

    SO ORDERED.

Dated: September 17, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge