```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

DAVID SPRALLING

                               Defendant.
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR- 490 ( AT )

Defendant DAVID SPRALLING hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

\_\_\_     Initial Appearance Before a Judicial Officer

\_\_\_     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer


/s/ by Martin Cohen on behalf of David Spralling
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Martin Cohen
Defendant's Counsel's Signature

David Spralling
Print Defendant's Name

Martin Cohen
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/1/2020
_____
Date

_(signature)_
_____
ANALISA TORRES
United States District Judge