# Federal Defenders
## OF NEW YORK, INC.

52 Duane

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020

November 30, 2020

*By ECF and e-mail*

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Spralling*, 10 Cr. 490 (AT)

Dear Judge Torres:

    I write on consent (Assistant U.S. Attorney Micah Ferguson) to respectfully request that the Court adjourn the conference currently scheduled for December 1, 2020, for a period of around 45 days. The adjournment will allow counsel additional time to review discovery and determine whether there are pre-trial motions to file. The Court has previously excluded time under the Speedy Trial Act until the trial date, which is scheduled for June 7, 2020.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Micah Ferguson, Esq., by ECF

GRANTED.  The status conference scheduled for December 1, 2020, is ADJOURNED to **January 13, 2021**, at **10:00 a.m.**  Time under the Speedy Trial Act continues to be excluded until June 7, 2020, to permit counsel additional time to review discovery and determine whether there are pre-trial motions to file.

SO ORDERED.

Dated: November 30, 2020
       New York, New York

ANALISA TORRES
United States District Judge