# Federal Defenders
## OF NEW YORK, INC.

52 Dua[...]

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2021

January 8, 2021

*By ECF and e-mail*

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Spralling*, 20 Cr. 490 (AT)

Dear Judge Torres:

    I write on consent (Assistant U.S. Attorney Micah Ferguson) to respectfully request that the Court adjourn the conference currently scheduled for January 13, 2021, at 10:00 a.m. The only substantive issue at this time is whether the defense intends to file any pretrial motions under Federal Rule of Criminal Procedure 12(b)(3): Based on the discovery received to date, we have no such motions to file. The Court has scheduled trial for June 7, 2021, and time has been excluded under the Speedy Trial Act until that date.

                                Respectfully submitted,

                                /s/
                                Martin S. Cohen
                                Ass't Federal Defender
                                (212) 417-8737

cc:   Micah Ferguson, Esq., by ECF and e-mail

GRANTED. The conference scheduled for January 13, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 8, 2021
       New York, New York

ANALISA TORRES
United States District Judge