```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                -against-

DAVID SPRALLING,

                                Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/12/2021___

20 Cr. 490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The ongoing COVID-19 pandemic has necessitated substantial changes in the Court's trial schedule. Accordingly, the trial scheduled for June 7, 2021, is ADJOURNED. The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the second calendar quarter of 2022. By **December 15, 2021**, the parties shall submit blackout dates for trial.

The time between the date of this order and **April 1, 2022**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendant in a speedy trial, because such an extension is necessary to efficiently administer the Court's docket consistent with public safety, and because it will allow the parties to prepare for trial.

Accordingly, the Court sets the following deadlines for pretrial filings:

1. The parties shall file any motions *in limine* by **March 1, 2022**. The parties shall file any opposition to any motions *in limine* by **March 8, 2022**.

2. The parties shall submit joint proposed *voir dire* questions, requests to charge, and verdict forms by **March 1, 2022**. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall submit two courtesy copies of the proposed *voir dire* questions, requests to charge, and verdict forms to the Court. In addition, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

3. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

4. The Court shall schedule the pretrial conference date upon setting a date certain for trial.

SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge