USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/28/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

DAVID SPRALLING,

                          Defendant.

20 Cr. 490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The pretrial conference scheduled for June 1, 2021, is ADJOURNED *sine die*. The Court shall schedule the pretrial conference date upon setting a date certain for trial.

      SO ORDERED.

Dated: May 28, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge