```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/3/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DAVID SPRALLING,

                Defendant.

20 CR. 490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic.  Under the system, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed if the primary case does not go forward.

       On December 16, 2021, the parties provided their availability for trial in the second calendar quarter of 2022.  ECF No. 26.  The Court accordingly requested a jury trial based on the parties' availability.  The Clerk's Office has notified the Court that this case has been scheduled as the primary back up case for **April 11, 2022**.  The case will proceed if the primary case does not go forward.

       <u>**The case must therefore be trial ready for that date.**</u>  As soon as the Court confirms whether the matter will proceed on April 11, 2022, it will inform the parties.  If the case cannot proceed on April 11, 2022, the Court will seek another jury trial date for as soon as possible thereafter.

       The Court initially set a deadline for the parties to file motions in limine and their other pretrial submissions by **March 1, 2022**.  ECF No. 24.  Those submissions are now overdue.  Accordingly,

1. By **March 4, 2022**, the parties shall file any motions *in limine*.  By **March 10, 2022**, the parties shall file any opposition to any motions *in limine*.

2. By **March 4, 2022**, the parties shall file their joint proposed *voir dire* questions, requests to charge, and verdict forms.  The filings must comply with the specifications set out in the Court's April 12, 2021 order, ECF No. 24.

3. The final pretrial conference shall occur **April 7, 2022**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated:  March 3, 2022
        New York, New York

_____
ANALISA TORRES
United States District Judge