```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/7/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

DAVID SPRALLING,

Defendant.

20 Cr. 490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' request to adjourn the trial date in this matter, currently set for April 11, 2022, until a later quarter. ECF No. 28. The request is GRANTED. The Court will aim to set trial in this matter for the fourth calendar quarter of 2022, utilizing the centralized calendaring system adopted by the Southern District of New York for jury trials during the COVID-19 pandemic. Accordingly,

1. By **August 1, 2022**, the parties shall provide any blackout dates for trial.

2. By **August 15, 2022,** the parties shall file any motions *in limine*. By **August 22, 2022**, the parties shall file any opposition to any motions *in limine*.

3. By **August 15, 2022**, the parties shall file their joint proposed *voir dire* questions, requests to charge, and verdict forms. The filings must comply with the specifications set out in the Court's April 12, 2021 order, ECF No. 24.

4. The Court shall set a date for the final pretrial conference upon setting a date certain for trial.

The Clerk of Court is directed to terminate the motion pending at ECF No. 28.

  SO ORDERED.

Dated: March 7, 2022
   New York, New York

ANALISA TORRES
United States District Judge