USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID SPRALLING,

                Defendants.

20 Cr. 490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial in this matter shall begin on **February 27, 2023**, at **9:00 a.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly,

1. The prior deadlines set by the Court for the submission of the parties' motions *in limine*, pretrial filings, and any opposition thereof, *see* ECF No. 29, shall remain in place. *See also* ECF No. 22.

2. The final pretrial conference shall be held on **February 16, 2023**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

3. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose-leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge