USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2022

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Stre[et]
Tel:

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 2, 2022

*By ECF and by e-mail*

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Spralling*, 20 Cr. 490 (AT)

Dear Judge Torres:

    I write to inform the Court that the parties have agreed on a pre-trial resolution in this matter, and respectfully request that the Court schedule a change-of-plea proceeding or refer such a proceeding to the duty Magistrate Judge. Mr. Spralling is off work on Wednesdays, so I would respectfully request that the Court schedule the proceeding for December 7, 2022 (other than between 11:00 and 12:00), if available, or another time convenient for the Court.

    I am attaching by e-mail the Superseding Information, which charges Mr. Spralling with the possession of a firearm in a school zone, along with a copy of the plea agreement.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Micah Ferguson, Esq., by ECF and by e-mail

---

The Court shall hold a change of plea proceeding on **December 14, 2022**, at **2:00 p.m.**

SO ORDERED.

Dated: December 2, 2022
New York, New York

ANALISA TORRES
United States District Judge