USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID SPRALLING,

                              Defendant.

20 Cr. 490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The hearing scheduled for December 14, 2022, is ADJOURNED *sine die*.

SO ORDERED.

Dated: December 12, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge